UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Gina Stone,<br><br>                    Plaintiff,<br>v.<br><br>EOS CCA; and DOES 1-10, inclusive,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 2:13-cv-00631-EEF-JCW<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 16, 2013

                                                Respectfully submitted,

                                                PLAINTIFF, Gina Stone

                                                By:  __/s/ Kenneth D. McLean_____
                                                Kenneth D. McLean, Esq. (LSB No. 30190)
                                                THE McLEAN LAW FIRM, LLC
                                                P.O. Box 38161
                                                Germantown, TN 38183-0161
                                                Telephone: (901) 326-6888
                                                Facsimile: (901) 531-8102
                                                Attorneys for Plaintiff

                                                Of Counsel To:

                                                LEMBERG & ASSOCIATES L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-342

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By */s/ Kenneth D. McLean*

                                  Kenneth D. McLean, Esq.